THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GEORGE OLIVERAS, Respondent.

Submitted July 9, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the respondent on the appeal herein.